## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION


RICHMOND & COMPANY                                                                     PLAINTIFF

vs.                                    CASE NO.   2:07cv00034 JMM

RABO AGRIFINANCE, INC.                                                                 DEFENDANT


### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter following a

settlement conference before Magistrate Judge J. Thomas Ray, the Court finds that this

case should be dismissed.    The jury trial scheduled March 10, 2008, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for sixty (60) days to vacate this order and

to reopen the action if it is satisfactorily shown that settlement has not been completed and

further litigation is necessary.

IT IS SO ORDERED this 6th day of March, 2008.


_____
UNITED STATES DISTRICT JUDGE